

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-21-00129-CR

_____

JASON GLEN BUCKLEY, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 4th District Court
Rusk County, Texas
Trial Court No. CR20-333

Before Morriss, C.J., Stevens and Carter,* JJ.
Memorandum Opinion by Justice Stevens

_____

*Jack Carter, Justice, Retired, Sitting by Assignment

# MEMORANDUM OPINION

Appellant Jason Glen Buckley has filed a motion to dismiss this appeal. As authorized by Rule 42.2 of the Texas Rules of Appellate Procedure, we grant the motion. *See* TEX. R. APP. P. 42.2(a).

Accordingly, we dismiss this appeal.

Scott E. Stevens
Justice

Date Submitted:     January 31, 2022
Date Decided:      February 1, 2022

Do Not Publish